### Exparte Heirs of JOHN VAN VORST.

When the amount awarded to be paid by a railroad company under the act of incorporation, for land taken or damages done by them, is directed by the statute to be paid into the court of chancery for the use of the owner or owners of the land, no notice to the company is necessary, of an application by the owners, for an order upon the clerk to pay over the money so deposited.

An order to pay over the money so deposited will not be made, without a reference to a master to ascertain the rights of the applicants.

THIS was an application by the heirs of John Van Vorst, for an order to receive certain monies deposited in the hands of the clerk of the court, by the New-Jersey railroad and transportation company. The act, entitled, "an act to incorporate the New-Jersey railroad and transportation company," (*Harr. Com.* 379, *sec.* 6,) after providing a mode in which the compensation and damages which the owners of real estate have sustained by reason of the occupation of the land by the corporation, shall be ascertained in cases of disagreement as to price, enacts as follows : "And in case any owner or owners of such land or real estate so appraised, shall be feme covert, under age, non compos mentis, or out of the state, then, and in such case, the said corporation shall pay the amount which has been awarded as due to the last mentioned owners, respectively, into the court of chancery, to the clerk thereof, subject to the order of said court, for the use of

[Exparte Heirs of John Van Vorst.]

the said owner or owners." Under this provision the money had been paid into court, the owners being minors.

*J. D. Miller*, upon the petition of the applicants, setting forth their title and claim, verified by affidavit, applied for an order upon the clerk for the payment of the sum deposited to the petitioners. No notice had been given to the railroad company of the application.

THE CHANCELLOR. No notice is necessary. The railroad company have no interest in the matter. All the heirs have joined in the application. It must be referred to a master to ascertain and report the rights of the petitioners, before an order is made for the payment of the money.

Reference to a master.